**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEAN GAGNON, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:13-cv-00528-APG-PAL |
| vs. ) | **ORDER OF RECUSAL** |
| STATE OF NEVADA, *et al.*, ) | |
| Defendants. ) | |

The undersigned United States District Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety.

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another District Judge.

DATED this 27th day of June, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE