# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jean Gagnon, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants. | Case No.: 2:13-cv-528-JAD-PAL<br><br>**Order on State of Nevada Department of Public Safety Defendants' Motion to File Pleading in Excess of 20 Pages [Doc. 30]** |

With good cause appearing, IT IS HEREBY ORDERED that State of Nevada Department of Public Safety Defendants' Motion to File Pleading in Excess of 20 Pages [Doc. 30] is **GRANTED**.

DATED: November 1, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE