# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jean Gagnon et al.,

    Plaintiffs

v.

State of Nevada et al.,

    Defendants

Case No.: 2:13-cv-528-JAD-PAL

**Order**

By order dated February 12, 2015, the court extended the deadline for Plaintiff Jean Gagnon's response to the pending motion for judgment on the pleadings (Doc. 75) to March 4, 2015. Doc. 81. Plaintiff seeks a second extension to March 5, 2015. Docs. 83, 84. She, in fact, filed that response on March 5, 2015.

Good cause appearing, IT IS HEREBY ORDERED that the motion for a second extension of the deadline to March 5, 2015, **[Doc. 83] is GRANTED** nunc pro tunc. The March 5, 2015, filing of the response [Doc. 85] is deemed timely.

_____
Jennifer A. Dorsey
United States District Judge