ADAM PAUL LAXALT
Attorney General
CAMERON P. VANDENBERG
Deputy Attorney General
Nevada Bar No. 4356
cvandenberg@ag.nv.gov
BRANDON R. PRICE
Deputy Attorney General
Nevada Bar No. 11686
bprice@ag.nv.gov
5420 Kietzke Lane, Suite 202
Reno, NV 89511
Tel: 775-688-1815
Fax: 775-688-1822

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEAN GAGNON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.*, its DEPARTMENT OF PUBLIC SAFETY, HIGHWAY PATROL, BRIAN SANCHEZ, CHRIS PERRY, JACKIE MUTH, JAMES WRIGHT, JOHN and JANE DOES 1-10; ROE BUSINESS ENTITIES and CORPORATIONS 1-10; BLACK and WHITE COMPANIES 1-10, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:13-CV-00528-JAD-PAL<br><br>**ERRATA TO<br>STIPULATION AND ORDER<br>TO EXTEND DEADLINE TO FILE<br>REPLY MEMORANDUM OF<br>POINTS AND AUTHORITIES IN<br>SUPPORT OF DEFENDANTS'<br>MOTION FOR JUDGMENT<br>ON THE PLEADINGS**<br>(First Request) |

COME NOW, Plaintiff, JEAN GAGNON, and Defendants, BRIAN SANCHEZ and CHRIS PERRY, by and through their respective attorneys, and pursuant to LR 6-1 hereby stipulate and agree that Defendants, BRIAN SANCHEZ and CHRIS PERRY, shall have a two (2) week extension, up to and including March 30, 2015, within which to file their Reply Memorandum of Points and Authorities in Support of Defendants' Motion for Judgment on the Pleadings.[1]  Defendants' Motion for Judgment on the

---

[1] This Errata is filed for the purpose of correcting an inadvertent typographical error. The date of extension agreed upon by the parties is March 15, 2015, and not March 15, 2014.

-1-

Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511

1 Pleadings was filed on January 5, 2015.  The reply brief is currently due on March 15, 2015.

This is the first request for an extension of time in which to file the Reply in Support of Defendants' Motion for Judgment on the Pleadings.  Counsel for Defendants has requested this extension due to counsel's pre-existing deadlines, professional commitments, and existing workload. Counsel certifies that this request is made in good faith and not for the purposes of delay.

Dated March 13, 2015.                                              Dated March 13, 2015.

ADAM PAUL LAXALT
Attorney General

/s/ *Brandon R. Price*                                               /s/ *Robert B. Pool*
By:_____        By:_____
   CAMERON P. VANDENBERG                        ROBERT B. POOL
   Deputy Attorney General                             Nevada Bar No. 4723
   Nevada Bar No. 4356                                   BobPool@gmail.com
   cvandenberg@ag.nv.gov                             7472 West Sahara Ave. #102-B
   BRANDON R. PRICE                                    Las Vegas, NV 89117
   Deputy Attorney General
   Nevada Bar No. 11686                                 *Attorney for Plaintiff*
   bprice@ag.nv.gov
   5420 Kietzke Lane, Suite 202
   Reno, NV 89511
   Tel: 775-688-1815
   Fax: 775-688-1822

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this 13th day of March, 2015.

_____
United States District Court Judge