UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEAN GAGNON, | Case No. 2:13-cv-00528-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVDA, et al., | |
| Defendants. | |

Before the court is the parties' Stipulation to Extend Dates Set by Discovery Plan and Scheduling Order (Dkt. #91). The request does not comply with LR 26-4 explaining what discovery has been completed, a description of the discovery that remains to be completed, or the reasons why discovery could not be completed within the time set by the discovery plan. The parties state only that a Motion for Judgment on the Pleadings is fully briefed and future discovery will depend on the outcome of the motion. Judge Dorsey previously granted in part and denied in part an earlier filed Motion for Judgment on the Pleadings for Failure to State a Claim/Special Motion to Dismiss with leave to amend, but found Plaintiff could proceed on retaliation and state law conspiracy claims. The current motion for judgment on the pleadings is not case dispositive and all of the Plaintiff's claims arise out of the same factual background. For these reasons,

**IT IS ORDERED** that the Stipulation to Extend Dates (Dkt. #91) is **DENIED.**

DATED this 9th day of April, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE